SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LISA S. YUN, Cal. Bar No. 280812
  lyun@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815

Attorneys for Defendant
WESTERN DENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HALL, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>    Defendant. | Case No. 14-cv-1776 DMS (JMA)<br><br><u>CLASS ACTION</u><br><br>**JOINT MOTION FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: July 28, 2014<br><br>Courtroom 13A (13th Floor - Annex)<br>The Hon. Dana M. Sabraw<br><br>2nd Floor (Schwartz), Suite 2140<br>Hon. Jan M. Adler, Magistrate Judge |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff
Kevin Hall and Defendant Western Dental Services, Inc., stipulate and jointly move
that the Court dismiss this action WITH PREJUDICE as to all individual claims
asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to any
claims by the alleged, un-named, putative class members.  Since the Court has not
certified any class here, the notice and approval requirements of Federal Rule of
Civil Procedure 23(e) do not apply.  Each party shall bear his or its own fees and
costs.

Dated:  December 10, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By       */s/ Shannon Z. Petersen*
         SHANNON Z. PETERSEN
         LISA S. YUN

         Attorneys for Defendant
         WESTERN DENTAL SERVICES, INC.
         Email: spetersen@sheppardmullin.com;
         lyun@sheppardmullin.com

Dated:  December 10, 2014

LAW OFFICES OF TODD M. FRIEDMAN


By       */s/ Todd M. Friedman*
         TODD M. FRIEDMAN

         Attorneys for Plaintiff
         KEVIN HALL
         Email: tfriedman@attorneysforconsumers.com