1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HALL, individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>          Defendant. | Case No. 14-cv-1776 DMS (JMA)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Courtroom 13A (13th Floor - Annex)<br>The Hon. Dana M. Sabraw |

Based on the Joint Motion of the parties [Document 14], and good cause appearing, the Court grants the request to dismiss this action WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to any claims by the alleged, un-named, putative class members.

DATED: December 10, 2014

_____
THE HON. DANA M. SABRAW
JUDGE OF THE U.S. DISTRICT COURT